JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DORA YEBOAH,<br><br>        Plaintiff,<br><br>  v.<br><br>WILMINGTON TRUST, N.A., et al.,<br><br>        Defendants. | Case No.: CV 18-10242-CJC(MRWx)<br><br>JUDGMENT |

-1-

Plaintiff Dora Yeboah filed this wrongful foreclosure action against Defendants Wilmington Trust, N.A., Nationstar Mortgage, LLC, and Does 1 through 10, inclusive. Defendants Wilmington and Nationstar moved to dismiss Plaintiff's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons stated in the Court's Order, Defendants' motion is **GRANTED**, and Plaintiff's Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

DATED: October 24, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE